**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

DANIEL GILROY,

    Plaintiff,

v.                                                  Case No:   6:25-cv-706-JSS-LHP

WAYNE IVEY and BREVARD
COUNTY SHERIFF'S OFFICE,

    Defendants

---

**ORDER TO STRIKE**
(And Direction to Clerk)

Plaintiff has filed a document titled "Plaintiff's Initial Disclosures Pursuant to Federal Rule of Civil Procedure 26(A)(1)," which was docketed as a "Motion for Disclosure."  Doc. No. 38.  On review, the document (Doc. No. 38) is **ORDERED stricken**.  *See* Fed. R. Civ. P. 5(d)(1)(A).  The Clerk of Court is **DIRECTED** to terminate the filing as a motion.

**DONE** and **ORDERED** in Orlando, Florida on November 3, 2025.

*[signature: Leslie Hoffman Price]*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record